IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMESH KANDA,

      Plaintiff,                    No. CIV S-09-2197 GGH P

    vs.

JAMES WALKER, et al.,

      Defendants.             <u>AMENDED ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately ordered service of the complaint filed August 10, 2009. Plaintiff, who is Hindu, has separately filed a motion for injunctive relief alleging that he is being denied a diet that is in accordance with his religious beliefs.

        IT IS HEREBY ORDERED that:

        1. On or before September 22, 2009, defendants shall file a response to plaintiff's August 10, 2009, motion for injunctive relief;

\\\\\

\\\\\

\\\\\

      2. The Clerk of the Court is directed to electronically serve a copy of this order, plaintiff's August 10, 2009, complaint, and plaintiff's August 10, 2009, motion for injunctive relief on Supervising Deputy Attorney General Monica Anderson;

      3. The Clerk is directed to serve a copy of this order, plaintiff's August 10, 2009, complaint and plaintiff's August 10, 2009, motion for injunctive relief on defendant Warden James Walker, California State Prison-Sacramento, P.O. Box 290066, Represa, CA, 95671-0066.

DATED: September 4, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

kan2197.pi(2)