IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMESH KANDA,

        Plaintiff,                    No. CIV S-09-2197 MCE GGH P

    vs.

JAMES WALKER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On October 23, 2009, the undersigned recommended that plaintiff's unopposed motion for injunctive relief be granted. On November 12, 2009, defendants filed objections to the findings and recommendations. Defendants state that no opposition was filed due to reasons related to the state budget crisis. Good cause appearing, the findings and recommendations are vacated and defendants' objections are construed as an opposition to plaintiff's motion. Plaintiff is granted twenty-one days from the date of this order to file a response to defendants' opposition.

        On October 7, 2009, plaintiff filed a motion for default judgment. Plaintiff requests that judgment be entered based on defendants' failure to file an opposition to his motion for injunctive relief.

/////

1

Entry of default is not appropriate based on defendants' failure to respond to plaintiff's motion for injunctive relief.  See Fed. R. Civ. P. 55.  On November 20, 2009, defendants filed a timely answer to the complaint.  Accordingly, the motion for default is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for default judgment (no. 15) is denied;

2. The October 23, 2009, findings and recommendations (no. 17) are vacated;

3. Defendants' objections (no. 18) are construed as an opposition to plaintiff's motion for injunctive relief; plaintiff is granted twenty-one days from the date of this order to file a response to defendants' opposition.

DATED: December 1, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

kan2197.vac