1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROMESH KANDA,                    No. 2:09-cv-02197-MCE-GGH-P

12          Plaintiff,

13      v.                           ORDER

14   JAMES WALKER, et al.,

15          Defendants.

16   _____/

17      Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22      On January 6, 2010, the magistrate judge filed findings and

23   recommendations herein which were served on all parties and which

24   contained notice to all parties that any objections to the

25   findings and recommendations were to be filed within twenty days.

26

1  Plaintiff has filed objections to the findings and

2  recommendations.

3       In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the court finds the findings and recommendations to

7  be supported by the record and by proper analysis.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1.  The findings and recommendations filed January 6, 2010,

10 are adopted in full; and

11      2.  Plaintiff's August 10, 2009, motion for a preliminary

12 injunction (no. 3) is denied.

13  Dated:  February 25, 2010

14  _____

15  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26